IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK ANTHONY SOMAR,

    Petitioner,

v.                                                4:11cv352-WS

ERIC HOLDER, et al.,

    Respondents.

_____

## ORDER DISMISSING PETITIONER'S
## PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed August 25, 2011. See Doc. 8. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as prematurely filed. The petitioner has filed no objections to the report and recommendation.

Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED.

3.  The petitioner's motion for leave to proceed *in forma pauperis* is DENIED as moot.

4.  The clerk is directed to enter judgment stating: "All claims are DISMISSED as prematurely filed."

DONE AND ORDERED this     28th     day of     September    , 2011.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE